1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                         **CENTRAL DISTRICT OF CALIFORNIA**

10

11   MANUEL FRIAS,                    )  NO. SA CV 09-00084-PSG(E)
                                      )
12             Petitioner,            )
                                      )  ORDER ADOPTING FINDINGS,
13        v.                          )
                                      )  CONCLUSIONS AND RECOMMENDATIONS
14   M.S. EVANS, Warden,              )
                                      )  OF UNITED STATES MAGISTRATE JUDGE
15             Respondent.            )
                                      )
16   _____)

17

18        Pursuant to 28 U.S.C. section 636, the Court has reviewed the

19   First Amended Petition, all of the records herein and the attached

20   Report and Recommendation of United States Magistrate Judge.  The

21   Court approves and adopts the Magistrate Judge's Report and

22   Recommendation.

23

24        IT IS ORDERED that Judgment be entered denying and dismissing the

25   First Amended Petition with prejudice.

26   ///

27   ///

28   ///

1        IT IS FURTHER ORDERED that the Clerk serve copies of this Order,

2   the Magistrate Judge's Report and Recommendation and the Judgment

3   herein by United States mail on Petitioner and counsel for Respondent.

4

5        LET JUDGMENT BE ENTERED ACCORDINGLY.

6

7        DATED:   _____8/05/_____, 2009.

8

9

10   _____

                    PHILIP S. GUTIERREZ
11               UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28