**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANUEL FRIAS,       ) | NO. SA CV 09-00084-PSG(E) |
|             Petitioner, ) | |
|   v.          ) | JUDGMENT |
| M.S. EVANS, Warden,  ) | |
|             Respondent. ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and dismissed with prejudice.

DATED: _August 5, 2009

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE